UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Zani,<br><br>            Plaintiff,<br>   v.<br><br>Target Corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | Civil Action No.:  7:14-cv-09410-VB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 29, 2015

                                                                        Respectfully submitted,

                                                                        PLAINTIFF, Robert Zani

                                                                        /s/ Sergei Lemberg

                                                                        Sergei Lemberg, Esq. (SL 6331)
                                                                        **LEMBERG LAW, L.L.C.**
                                                                        1100 Summer Street, 3rd Floor
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile:  (203) 653-3424
                                                                        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                   Sergei Lemberg