UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT ZANI,                                       :
              Plaintiff,                 :
                                                      :   **ORDER**
v.                                                 :
                                                      :   14 CV 9410 (VB)
TARGET CORPORATION; and DOES 1-10,                 :
inclusive,                                         :
              Defendants.                :
--------------------------------------------------------------x

       The Court has been informed that the parties have reached a settlement agreement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by August 31, 2015.

Dated: June 30, 2015
       White Plains, NY

                                                  SO ORDERED:

                                                  Vincent L. Briccetti
                                                  United States District Judge